# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2014

Robert P. Young, Jr.,
Chief Justice

147296(121)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY EMPLOYEES RETIREMENT
SYSTEM and WAYNE COUNTY RETIREMENT
COMMISSION,
      Plaintiffs/Counter Defendants-
      Appellees,

v

CHARTER COUNTY OF WAYNE,
      Defendant/Counter-Plaintiff-
      Appellant,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
      Defendant-Appellant.
_____/

SC: 147296
COA: 308096
Wayne CC: 10-013013-AW

On order of the Chief Justice, the motion of the National Conference on Public Employee Retirement Systems for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on August 12, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____
August 19, 2014

